ROSEMARY M. RIVAS (SBN 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
*Facsimile: (415) 484-1294*

*Attorney for Plaintiff Felix Mendoza*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX MENDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGPEAK, INC., AVI KATZ, NEIL J. MIOTTO, KIMBERLY D.C. TRAPP, JOSEPH J. LAZZARA, JOHN J. MIKULSKY, AND FRANK W. SCHNEIDER,<br><br>Defendants. | Case No.: 3:17-CV-1351-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

WHEREAS, on April 6, 2017, the parties submitted a Stipulation and [Proposed] Order Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (D.I. #6) (the "Mootness Dismissal Stipulation");

WHEREAS, on April 7, 2017, the Court granted the Mootness Dismissal Stipulation and retained jurisdiction of the matter with respect to Plaintiff's Counsel's anticipated application for an award of attorneys' fees (D.I. #7);

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES;
CASE NO. 3:17-CV-1351-WHO

1    WHEREAS, on April 28, 2017, the parties submitted a Stipulation and [Proposed] Order Extending Time by Which Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses Must Be Filed (D.I. #10) (the "Stipulation to Extend Time");

WHEREAS, on April 28, 2017, the Court granted the Stipulation to Extend Time (D.I. #11);

WHEREAS, subsequent to the filing of the Mootness Dismissal Stipulation and the Stipulation to Extend Time, the parties have engaged in arm's-length discussions regarding a potential resolution of the Mootness Fee Petition;

WHEREAS, the parties reached agreement with respect to payment of attorneys' fees and expenses; and

WHEREAS, the parties have agreed that Integrated Device Technology, Inc., on behalf of Defendants, will pay the agreed-upon fees and expenses within seven (7) business days of the entry of an order closing this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. The Court will no longer retain jurisdiction over this action; and
2. This action is closed for all purposes.

*/s/ Rosemary M. Rivas*

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
*Email: rrivas@zlk.com*

*Attorney for Plaintiff Felix Mendoza*

*/s/ Hilary H. Mattis*

Hilary H. Mattis
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 470-4841
Facsimile: (650) 463-2600
Email: hmattis@lw.com

*Attorneys for Defendants GigPeak, Inc., Avi Katz, Neil J. Miotto, Kimberly D.C. Trapp, Joseph Lazzara, John Mikulsky, and Frank W. Schneider*

**ATTESTATION REGARDING SIGNATURES**

I, Rosemary M. Rivas, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: _____

                    Honorable William H. Orrick III
                    United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES; CASE NO. 3:17-CV-1351-WHO